```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

**MAGNOLIA BETANCES,**

                **Plaintiffs,**        20-cv-2967 (JGK)

     - against -                <u>ORDER</u>

**METROPLUS HEALTH PLAN, INC.,**

                **Defendants.**

------------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    Due to technical difficulties, the conference to be held today is postponed to today, **September 14, 2020**, at **4:30 p.m.**

**SO ORDERED.**

**Dated:**    **New York, New York**
           **September 14, 2020**              /s/ John G. Koeltl
                                                 **John G. Koeltl**
                                       **United States District Judge**