```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────

**MAGNOLIA BETANCES,**

                    Plaintiffs,          20-cv-2967 (JGK)

      - against -                   <u>ORDER</u>

**METROPLUS HEALTH PLAN, INC.,**

                    Defendants.

─────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    As stated at the conference held today, the plaintiff can file an amended complaint by **September 28, 2020**. The defendant may move or answer by **October 13, 2020**. If the defendant files any motions, the plaintiff may respond by **October 27, 2020**. The defendant may reply by **November 6, 2020**. If the defendant files an answer, the parties should submit a Rule 26(f) report by **October 27**.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **September 14, 2020**           /s/ John G. Koeltl
                                                **John G. Koeltl**
                                       **United States District Judge**