UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGNOLIA BETANCES,

          Plaintiff,

- against -

METROPLUS HEALTH PLAN, INC.,

          Defendant.

20-cv-2967 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to submit a paper courtesy copy of the submissions related to the pending motion for judgment on the pleadings, including the operative pleadings, to Chambers.

SO ORDERED.

Dated:    New York, New York
          May 27, 2021

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                United States District Judge