```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

**MAGNOLIA BETANCES,**

        **Plaintiff,**

  - against -

**METROPLUS HEALTH PLAN, INC.,**

        **Defendant.**

───────────────────────────────────────

**20-cv-2967 (JGK)**

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

Parties should submit a Rule 26(f) report by September 3, 2021.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 20, 2021**

                                                <u>/s/ John G. Koeltl</u>
                                                     **John G. Koeltl**
                                              **United States District Judge**